United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASSIE LEE MAY,

    Plaintiff(s),

v.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

    Defendant(s).
_____/

No. C-12-02735 DMR

**ORDER TO SHOW CAUSE**

Plaintiff was to have filed any reply to Defendant's opposition to her motion for summary judgment by no later than February 7, 2013. Similarly, Plaintiff was to have filed any brief in opposition to Defendant's cross-motion for summary judgment by the same date. However, no such documents have been received. <u>Plaintiff is ordered to respond by **February 14, 2013**, and show cause for her failure to respond</u> to the motions. This order to show cause does not constitute permission to file late briefing. If Plaintiff does not respond by February 14, 2013, Plaintiff's motion may be denied, and Defendant's motion may be granted.

    IT IS SO ORDERED.

Dated: February 11, 2013



DONNA M. RYU
United States Magistrate Judge