UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSIE LEE MAY,<br><br>        Plaintiff(s),<br><br>    v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant(s).<br>_____/ | No. C-12-02735 DMR<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; GRANTING PLAINTIFF LEAVE TO FILE; AND AMENDING BRIEFING SCHEDULE** |

The court hereby discharges Plaintiff's order to show cause, [Docket No. 25], grants Plaintiff leave to immediately file her reply to her motion for summary judgment and opposition to Defendant's cross-motion for summary judgment, and orders that Defendant shall file his reply to his cross-motion for summary judgment by February 28, 2013.

IT IS SO ORDERED.

Dated: February 14, 2013

_____
DONNA M. RYU
United States Magistrate Judge