**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSIE LEE MAY, | No. C-12-02735 DMR |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE; GRANTING PLAINTIFF LEAVE TO FILE; AND AMENDING BRIEFING SCHEDULE** |
| v. | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant(s). | |

The court hereby discharges Plaintiff's order to show cause, [Docket No. 25], grants Plaintiff leave to immediately file her reply to her motion for summary judgment and opposition to Defendant's cross-motion for summary judgment, and orders that Defendant shall file his reply to his cross-motion for summary judgment by February 28, 2013.

IT IS SO ORDERED.

Dated: February 14, 2013



DONNA M. RYU
United States Magistrate Judge